UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

   v.

USA GASOLINE CORPORATION, et al.,

        Defendants.

NO. Civ.S-10-1817 LKK/EFB

O R D E R

/

    A status conference is scheduled for May 23, 2011 in the above-captioned case. All defendants have been served, and the time for filing answers has expired. None of the defendants have filed answers, nor have they filed status reports. The clerk of the court issued an entry of default as to both defendants on November 16, 2010. Plaintiff has not moved for default judgment.

    Accordingly, the court ORDERS as follows:

        [1] The status conference scheduled for May 23, 2011 is VACATED; and

        [2] Plaintiff is ordered to file a motion for default judgement before the assigned magistrate judge within

1

1        thirty (30) days.
2    IT IS SO ORDERED.
3    DATED:  May 19, 2011.
4
5
6                          LAWRENCE K. KARLTON
                           SENIOR JUDGE
7                          UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2