1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

     Plaintiff,                                  No. CIV S-10-1817 LKK EFB

     vs.

USA GASOLINE CORPORATION;
TAHOE BLUE PROPERTY, INC.,
                                      <u>ORDER</u>
     Defendants.
                                 /

      This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1) for hearing on plaintiff's motion for entry of default judgment against defendants USA Gasoline Corporation, individually and d/b/a American Gasoline, and Tahoe Blue Property, Inc. On October 26, 2011, a hearing on the motion was held. Plaintiff Scott Johnson, an attorney, appeared at the hearing and represented himself; no appearance was made on behalf of defendants.

      At the hearing, after the undersigned expressed concerns regarding the adequacy of service of process, plaintiff withdrew the motion for default judgment. Accordingly, plaintiff's motion for default judgment, Dckt. No. 16, is denied. Additionally, at the hearing, plaintiff requested additional time to serve defendant under Federal Rule of Civil Procedure 4(m). The

////

1

1 | undersigned found that good cause supported an extension of time for service under Rule 4(m)
2 | and therefore granted the request.
3 |     SO ORDERED.
4 | Dated: October 27, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE