SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff;<br><br>  vs.<br><br>USA Gasoline Corporation, et al,<br><br>    Defendants. | Case No. **2:10-cv-01817-LKK-EFB**<br><br>**ORDER RE: REQUEST FOR DISMISSAL** |

   IT IS HEREBY ORDERED THAT this action is hereby dismissed Without Prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Date: March 20, 2012

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-10-cv-01817-LKK-EFB- 1